Jason R.N. Monteleone, ISB#: 5441
Bruce S. Bistline, ISB#: 1988
JOHNSON & MONTELEONE, L.L.P.
350 N. 9th St., ste. 500
Boise, Idaho 83702
Telephone:  (208) 331-2100
Facsimile:  (208) 947-2424
jason@treasurevalleylawyers.com
bruce@treasurevalleylawyers.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAVID M GRANT<br>Plaintiff,<br><br>v.<br><br>CITY OF FRUITLAND, a political subdivision of the State of Idaho, FRUITLAND CITY POLICE DEPARTMENT, a department of the City of Fruitland, BENJAMIN KEY, in his individual and official capacity, J.D. HUFF, in his individual and official capacity, CITY OF PAYETTE, a political subdivision of the State of Idaho, PAYETTE POLICE DEPARTMENT, a department of the City of Payette, BEN BRANHAM, in his individual and official capacity, DUANE HIGLEY, in his individual and official capacity, MARK CLARK, in his individual and official capacity, JOHN or JANE DOE #1-10 Employees of the City of Fruitland, the City of Payette, Payette County or Payette County as a political subdivision of the State of Idaho<br><br>Defendant. | Case No.  1:18-CV-00411-BLW<br><br>**STIPULATION TO EXTEND DEADLINE** |

**STIPULATION TO EXTEND DEADLINE - 1**

COME NOW the parties, Plaintiff, David M. Grant, by and through his attorney of record, Jason R.N. Monteleone of the law firm of Johnson & Monteleone, L.L.P., and Defendants, City of Fruitland, Fruitland City Police Department, Benjamin Key, by and through their attorneys of record, Michael J. Elia of the law firm of Moore, Elia, Kraft Hall, L.L.P., and J.D. Huff, City of Payette, Payette Police Department, Ben Branham, Duane, Higley, and Mark Clark, by and through their attorneys of record, Michael J. Kane, of the law firm of Michael Kane & Associates, P.L.L.C., and hereby agree and stipulate to extend the deadlines relative to *Joint Litigation Plan: (Standard)* (Dkt. 16), and this Court's *Case Management Order* (Dkt. 18), on the grounds that the parties need additional time to evaluate whether it is necessary to amend pleadings and join additional parties in their respective cases, and request an extension of the deadline as follows:

1. <u>Amendment of Pleadings and Joinder of Parties:</u> Motions to amend pleadings and join parties, except for allegations of punitive damages, shall be extended for sixty (60) days to May 20, 2019.

    DATED: This <u>15th</u> day of March, 2019.

    JOHNSON & MONTELEONE, L.L.P.

    */s/ Jason R.N. Monteleone*
    Jason R.N. Monteleone
    Attorneys for Plaintiff

    DATED: This <u>15th</u> day of March, 2019.

    MOORE, ELIA, KRAFT & HALL, L.L.P.

    */s/ Michael J. Elia*
    Michael J. Elia
    Attorneys for Fruitland Defendants

STIPULATION TO EXTEND DEADLINE - 2

DATED:  This 15th day of March, 2019.

MICHAEL KANE & ASSOCIATES, P.L.L.C.

/s/ *Michael J. Kane*
Michael J. Kane
Attorneys for Payette Defendants

STIPULATION TO EXTEND DEADLINE  -  3