**MICHAEL J. KANE**
**MICHAEL KANE & ASSOCIATES, PLLC**
4355 West Emerald Street, Suite 190
Post Office Box 2865
Boise, Idaho 83701-2865
Telephone:  (208) 342-4545
Facsimile:   (208) 342-2323
Email:  mkane@ktlaw.net
Idaho State Bar No. 2652

ATTORNEYS FOR PAYETTE CITY DEFENDANTS

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAVID M. GRANT, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 1:18-cv-00411-CWD<br>) |
| BENJAMIN KEY, in his official and individual capacities, CITY OF FRUITLAND, a political subdivision of the State of Idaho, FRUITLAND CITY POLICE DEPARTMENT, a department of the City of Fruitland, J.D. HUFF, in his individual and official capacity, CITY OF PAYETTE, a political subdivision of the State of Idaho, PAYETTE POLICE DEPARTMENT, a department of the City of Payette, BEN BRANHAM, in his individual and official capacity, DUANE HIGLEY, in his individual and official capacity, MARK CLARK, in his individual and official capacity, JOHN or JANE DOES #1-10, whose true identifies are presently unknown, and other Employees of the City of Fruitland, the City of Payette, or Payette County,, | ) PAYETTE CITY DEFENDANTS'<br>) MOTION FOR SUMMARY<br>) JUDGMENT<br>) |
| Defendants. | ) |

COME NOW the Defendants CITY OF PAYETTE, PAYETTE POLICE DEPARTMENT, BEN BRANHAM, DUANE HIGLEY and MARK CLARK (collectively "Payette City Defendants"), by and through their attorney of record, Michael J. Kane of the firm Kane & Associates, PLLC, and hereby move this Court pursuant to Federal Rule of Civil Procedure 56 for summary judgment in favor of Defendants.

This motion is based upon the files and records maintained herein, along with the Statement of Undisputed Material Facts, Memorandum in Support, and the Affidavits of Ben Branham, Duane Higley, Chief Mark Clark and Michael J. Kane filed contemporaneously herewith.

DATED this 18th day of April, 2019.

MICHAEL KANE & ASSOCIATES, PLLC

BY: ___/s/ *Michael J. Kane*___
Attorneys for Payette City Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of April, 2019, I electronically filed the foregoing document with the U.S. District Court.  Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court's CM/ECF System for this action:

- **Jason R. N. Monteleone**
  jason@treasurevalleylawyers.com; lejla@treasurevalleylawyers.com;
  sam@treasurevalleylawyers.com; cara@treasurevalleylawyers.com;
  bruce@treasurevalleylawyers.com; kcnovick@treasurevalleylawyers.com

- **Michael J. Elia, Steve R. Kraft**
  mje@melawfirm.net; amber@melawfirm.net; shawna@melawfirm.net;
  steve@melawfirm.net; krista@melawfirm.net

- **Michael J. Kane**
  mkane@ktlaw.net, tpresler@ktlaw.net

/s/ *Michael J. Kane*