Jason R.N. Monteleone, ISB#: 5441
Bruce S. Bistline, ISB#: 1988
JOHNSON & MONTELEONE, L.L.P.
350 N. 9th St., ste. 500
Boise, Idaho 83702
Telephone: (208) 331-2100
Facsimile: (208) 947-2424
*jason@treasurevalleylawyers.com*
*bruce@treasurevalleylawyers.com*

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAVID M. GRANT<br>        Plaintiff,<br><br>v.<br><br>CITY OF FRUITLAND, a political subdivision of the State of Idaho, FRUITLAND CITY POLICE DEPARTMENT, a department of the City of Fruitland, BENJAMIN KEY, in his individual and official capacity, J.D. HUFF, in his individual and official capacity, CITY OF PAYETTE, a political subdivision of the State of Idaho, PAYETTE POLICE DEPARTMENT, a department of the City of Payette, BEN BRANHAM, in his individual and official capacity, DUANE HIGLEY, in his individual and official capacity, MARK CLARK, in his individual and official capacity, JOHN or JANE DOE #1-10 Employees of the City of Fruitland, the City of Payette, Payette County or Payette County as a political subdivision of the State of Idaho<br><br>        Defendant. | **Case No. 1:18-CV-00411-BLW**<br><br>**STATEMENT OF DEATH OF DAVID M. GRANT** |

STATEMENT OF DEATH OF PLAINTIFF DAVID M. GRANT — 1

COMES NOW Bruce S. Bistline of the law of Johnson & Monteleone, L.L.P., and on behalf of Sandra Grant, individually as the mother of David M. Grant and as Personal Representative of the Estate of David M. Grant, David T Grant, as the father of David M Grant, Jeffrey Grant, as the brother of David M. Grant, Kristal Moore, as the sister of David M. Grant and Kelsey Grant, as the daughter of David M. Grant, hereby gives the Court, all parties and all heirs of David M. Grant that as demonstrated by the attached Certificate of Death, that on the 24th day of August, 2019, David M. Grant, Plaintiff herein, died from conditions attributable to the injuries which resulted from the conduct at issue in this civil rights action – with the effect that the claims for damages arising from the violation of the civil rights of David M. Grant would appear not to be extinguished subject to fulfilment of the requirements of F.R.C.P. Rule 25.  *See, Van Orden, v. Caribou County, 2011 WL 841438,* in the United States District Court for the District of Idaho No. 4:10-CV-385-BLW (2011).

Respectfully submitted this 15th day of November, 2019.

JOHNSON & MONTELEONE, L.L.P.

Bruce S. Bistle

Bruce S. Bistline
Attorneys for: Sandra Grant, individually and as Personal Representative of the Estate of David M. Grant, David T Grant, Jeffrey Grant, Kristal Moore, and Kelsey Grant.

## CERTIFICATE OF MAILING, DELIVERY, OR FACSIMILE TRANSMISSION

I CERTIFY that on November 15th, 2019, I caused a true and correct copy of the foregoing document to be:

| | |
|---|---|
| ☐ Mailed<br>☐ Hand Delivered<br>☐ CM/ECF Electronic Filing<br>☐ iCourt E-File<br>☐ Transmitted Fax Machine to:<br>☒ Transmitted Via E-Mail to: mje@melawfirm.net<br>steve@melawfirm.net<br>marisa@melawfirm.net | Michael J. Elia, Esq.<br>Steven R. Kraft, Esq.<br>Marisa S. Crecelius, Esq.<br>MOORE ELIA KRAFT & HALL, L.L.P.<br>P. O. Box 6756<br>Boise, ID 83707<br><br>As Attorneys for:<br>CITY OF FRUITLAND, FRUITLAND CITY POLICE DEPARTMENT, BENJAMIN KEY, J.D. HUFF, |
| ☐ Mailed<br>☐ Hand Delivered<br>☐ CM/ECF Electronic Filing<br>☐ iCourt E-File<br>☐ Transmitted Fax Machine to:<br>☒ Transmitted Via E-Mail to: mkane@ktlaw.net | Michael J. Kane, Esq.<br>MICHAEL KANE & ASSOCIATES, P.L.L.C.<br>4355 West Emerald Street, Ste. 190<br>P. O. box 2865<br>Boise, ID 83701-2865<br><br>As Attorneys for<br>CITY OF PAYETTE, PAYETTE POLICE DEPARTMENT. BEN BRANHAM, DUANE HIGLEY, MARK CLARK, |
| ☒ Mailed subject to an agreement to sign and return waiver of personal service.<br>☒ Transmitted Via E-Mail to: sandyg64@frontier.com | Sandra Grant (mother and Personal Representative for the Estate of David M. Grant)<br>P.O. Box, 124,<br>Harrison Idaho, 83833 |
| ☒ Mailed subject to an agreement to sign and return waiver of personal service<br>☒ Transmitted Via E-Mail c/o Sandra Grant to: sandyg64@frontier.com | David T. Grant.(father)<br>P.O. Box, 124,<br>Harrison Idaho, 83833 |
| ☒ Mailed subject to an agreement to sign and return waiver of personal service<br>☒ Transmitted Via E-Mail to: Jeffreyg4205@gmail.com | Jeffrey Grant (only male sibling)<br>4205 Bonanza Circle,<br>Winnemucca, Nevada, 89445 |

| | |
|---|---|
| ☒ Mailed subject to an agreement to sign and return waiver of personal service<br>☒ Transmitted Via E-Mail<br>   to: kristalm30@aol.com | Kristal Moore (only female sibling)<br>56659 S. Hwy. 97,<br> St. Maries Idaho, 83861 |
| ☒ Mailed subject to an agreement to sign and return waiver of personal service<br>☒ Transmitted Via E-Mail c/o Sandra Grant<br>   to: Kelseyy.nicole94@gmail.com | Kelsey Grant (only child)<br>1521 N. 9th Street,<br>Coeur d"Alene, Idaho, 83814 |

JOHNSON & MONTELEONE, L.L.P.

*Bruce S. Bistline*

Bruce S. Bistline
Attorneys for: Sandra Grant, individually and as Personal Representative of the Estate of David M. Grant, David T Grant, Jeffrey Grant, Kristal Moore, and Kelsey Grant.

# STATE OF IDAHO
IDAHO DEPARTMENT OF HEALTH AND WELFARE
BUREAU OF VITAL RECORDS AND HEALTH STATISTICS

## CERTIFICATE OF DEATH

Date Filed: AUGUST 28, 2019
State File No.: 2019-09195

**DECEDENT - LEGAL NAME:** DAVID MICHAEL GRANT
**SEX:** MALE
**SOCIAL SECURITY NUMBER:** 519-88-
**AGE:** 49 YEARS
**DATE OF BIRTH:** APRIL 02, 1970
**BIRTHPLACE:** ST. MARIES, IDAHO
**PLACE OF RESIDENCE:** NAMPA, IDAHO
**MARITAL STATUS AT TIME OF DEATH:** DIVORCED
**NAME OF SURVIVING SPOUSE:**
**WAS DECEDENT EVER IN U.S. ARMED FORCES?:** NO
**FATHER - NAME:** DAVID THOMAS GRANT
**BIRTHPLACE:** WASHINGTON
**MOTHER - MAIDEN NAME:** SANDRA LEE BURTON
**BIRTHPLACE:** CALIFORNIA
**METHOD OF DISPOSITION:** CREMATION
**FUNERAL SERVICE LICENSEE:** JAMES SCHMERER
**NAME AND ADDRESS OF FUNERAL FACILITY:** ALL VALLEY CREMATION & BURIAL, NAMPA, IDAHO
**DATE OF DEATH:** AUG. 24, 2019
**TIME OF DEATH:** 3:30 A.M.
**CITY, TOWN OR LOCATION OF DEATH:** NAMPA, IDAHO
**COUNTY OF DEATH:** CANYON

**CAUSE OF DEATH (underlying cause last):**
a. SEPSIS — DAYS
b. URINARY TRACT INFECTION — 2 WEEKS
c. PARAPLEGIA — 3 YEARS
d. GUNSHOT TO NECK — 3 YEARS

**OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH but not resulting in the underlying cause given above:** NONE STATED
**WAS AN AUTOPSY PERFORMED?:** NO
**MANNER OF DEATH:** HOMICIDE
**NAME OF CERTIFIER:** JENNIFER CRAWFORD
**TITLE:** CORONER

**CORONER SUBSEQUENT CERTIFICATION IF NECESSARY**

### EXTERNAL CAUSES ONLY
**DATE OF INJURY:** JANUARY 24, 2016
**TIME OF INJURY:** 3:30 A.M.
**PLACE OF INJURY:** I-84 EXIT 3
**INJURY AT WORK?:** NO
**LOCATION WHERE INJURY OCCURRED:** I-84 EXIT 3, FRUITLAND, IDAHO
**DESCRIPTION OF HOW INJURY OCCURRED:** SHOT BY LAW ENFORCEMENT

SUPPLEMENTAL INFORMATION ADDED: 10/04/2019

This is a true and correct reproduction of the document officially registered and placed on file with the IDAHO BUREAU OF VITAL RECORDS AND HEALTH STATISTICS.

DATE ISSUED: NOVEMBER 13, 2019

JAMES B. AYDELOTTE
STATE REGISTRAR

This copy not valid unless prepared on engraved border displaying state seal and signature of the Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE