Jason R.N. Monteleone, ISB#: 5441
Bruce S. Bistline, ISB#: 1988
JOHNSON & MONTELEONE, L.L.P.
350 N. 9th St., ste. 500
Boise, Idaho 83702
Telephone: (208) 331-2100
Facsimile: (208) 947-2424
*jason@treasurevalleylawyers.com*
*bruce@treasurevalleylawyers.com*

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAVID M. GRANT<br>    Plaintiff,<br><br>v.<br><br>CITY OF FRUITLAND, a political subdivision of the State of Idaho, FRUITLAND CITY POLICE DEPARTMENT, a department of the City of Fruitland, BENJAMIN KEY, in his individual and official capacity, J.D. HUFF, in his individual and official capacity, CITY OF PAYETTE, a political subdivision of the State of Idaho, PAYETTE POLICE DEPARTMENT, a department of the City of Payette, BEN BRANHAM, in his individual and official capacity, DUANE HIGLEY, in his individual and official capacity, MARK CLARK, in his individual and official capacity, JOHN or JANE DOE #1-10 Employees of the City of Fruitland, the City of Payette, Payette County or Payette County as a political subdivision of the State of Idaho<br><br>            Defendant. | **Case No. 1:18-CV-00411-BLW**<br><br>**CERTIFICATE OF SERVICE OF STATEMENT OF DEATH, MOTION FOR SUBSTITUTION OF PLAINTIFFS AND NOTICE OF HEARING ON MOTION FOR SUBSTITUTION OF PLAINTIFFS** |

CERTIFICATE OF SERVICE OF STATEMENT OF DEATH, MOTION FOR SUBSTITUTION
OF PLAINTIFFS AND NOTICE OF HEARING ON MOTION FOR SUBSTITUTION OF
PLAINTIFFS                                                                                          - 1

COMES NOW the undersigned and certifies to the Court that the Statement of Death, a Motion for Substitution of Plaintiffs, a Memorandum in Support of Motion for Substitution of Plaintiffs, and an Affidavit of Bruce S. Bistline in Support of Motion for Substitution of Plaintiffs, all filed herein, have been duly served upon all Parties, in accordance with F.R.C.P. Rule 5, and in accordance with F.R.C.P. Rule 4 (as demonstrated by the Waivers of Service filed herewith), upon all heirs as identified in the Application for Appointment of Personal Representative filed in the Magistrate Division of the District Court in the First Judicial District of the State of Idaho, in an for Kootenai County Idaho, by Sandra Grant, the mother of David M. Grant, as attached hereto..

Respectfully submitted this 25TH day of November, 2019.

JOHNSON & MONTELEONE, L.L.P.

_Bruce S. Bistline_
Bruce S. Bistline
Attorneys for Plaintiff

CERTIFICATE OF SERVICE OF STATEMENT OF DEATH, MOTION FOR SUBSTITUTION OF PLAINTIFFS AND NOTICE OF HEARING ON MOTION FOR SUBSTITUTION OF PLAINTIFFS                                                                                                                                                  - 2

## CERTIFICATE OF MAILING, DELIVERY, OR FACSIMILE TRANSMISSION

I CERTIFY that on November 25TH, 2019, I caused a true and correct copy of the foregoing document to be:

| | |
|---|---|
| ☐ Mailed<br>☐ Hand Delivered<br>☐ CM/ECF Electronic Filing<br>☐ iCourt E-File<br>☐ Transmitted Fax Machine to:<br>☒ Transmitted Via E-Mail to: mje@melawfirm.net<br>steve@melawfirm.net<br>marisa@melawfirm.net | Michael J. Elia, Esq.<br>Steven R. Kraft, Esq.<br>Marisa S. Crecelius, Esq.<br>MOORE ELIA KRAFT & HALL, L.L.P.<br>P. O. Box 6756<br>Boise, ID  83707<br><br>As Attorneys for:<br>CITY OF FRUITLAND, FRUITLAND CITY POLICE DEPARTMENT, BENJAMIN KEY, J.D. HUFF, |
| ☐ Mailed<br>☐ Hand Delivered<br>☐ CM/ECF Electronic Filing<br>☐ iCourt E-File<br>☐ Transmitted Fax Machine to:<br>☒ Transmitted Via E-Mail to: mkane@ktlaw.net | Michael J. Kane, Esq.<br>MICHAEL KANE & ASSOCIATES, P.L.L.C.<br>4355 West Emerald Street, Ste. 190<br>P. O. box 2865<br>Boise, ID  83701-2865<br><br>As Attorneys for<br>CITY OF PAYETTE, PAYETTE POLICE DEPARTMENT. BEN BRANHAM, DUANE HIGLEY, MARK CLARK, |
| ☒ Mailed subject to an agreement to sign and return waiver of personal service.<br>☒ Transmitted Via E-Mail to: sandyg64@frontier.com | Sandra Grant (mother and Personal Representative of the Estate of David M. Grant)<br>P.O. Box, 124,<br>Harrison Idaho,83833 |
| ☒Mailed subject to an agreement to sign and return waiver of personal service<br>☒ Transmitted Via E-Mail c/o Sandra Grant to: sandyg64@frontier.com | David T. Grant.(father)<br>P.O. Box, 124,<br>Harrison Idaho,83833 |

**CERTIFICATE OF SERVICE OF STATEMENT OF DEATH, MOTION FOR SUBSTITUTION OF PLAINTIFFS AND NOTICE OF HEARING ON MOTION FOR SUBSTITUTION OF PLAINTIFFS** - 3

| | |
|---|---|
| ☒ Mailed subject to an agreement to sign and return waiver of personal service<br>☒ Transmitted Via E-Mail<br>   to: Jeffreyg4205@gmail.com | Jeffrey Grant (only male sibling)<br>4205 Bonanza Circle,<br>Winnemucca, Nevada, 89445 |
| ☒ Mailed subject to an agreement to sign and return waiver of personal service<br>☒ Transmitted Via E-Mail<br>   to: kristalm30@aol.com | Kristal Moore (only female sibling)<br>56659 S. Hwy. 97,<br> St. Maries Idaho, 83861 |
| ☒ Mailed subject to an agreement to sign and return waiver of personal service<br>☒ Transmitted Via E-Mail c/o Sandra Grant<br>   to: Kelseyy.nicole94@gmail.com | Kelsey Grant (only child)<br>1521 N. 9th Street,<br>Coeur d"Alene, Idaho, 83814 |

JOHNSON & MONTELEONE, L.L.P.

*/s/ Bruce S. Bistline*
Bruce S. Bistline
Attorneys for David M. Grant

Electronically Filed
10/10/2019 3:31 PM
First Judicial District, Kootenai County
Jim Brannon, Clerk of the Court
By: Elizabeth Floden, Deputy Clerk

Jason R.N. Monteleone
JOHNSON & MONTELEONE, L.L.P.
350 N. Ninth Street, Ste. 500
Boise, Idaho 83702
Telephone: (208) 331-2100
Facsimile: (208) 947-2424
jason@treasurevalleylawyers.com
Idaho State Bar No. 5441

Received

OCT 09 2019

Attorneys for Applicant

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF THE
STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI
-- MAGISTRATES' DIVISION --

| | |
|---|---|
| IN THE MATTER OF THE ESTATE OF DAVID M. GRANT ) ) ) DAVID M. GRANT, ) ) Deceased ) ) | CV28-19-7273 CASE NO. APPLICATION FOR APPOINTMENT OF PERSONAL REPRESENTATIVE |

Sandra Grant ("Applicant"), through her counsel of record, Jason R.N. Monteleone of Johnson & Monteleone, L.L.P., states and represents to this Court as follows:

1. Applicant's interest in this matter is that Sandra Grant is the natural mother of David M. Grant (or "Decedent"), who died on August 24, 2019, at Caldwell, Idaho, at the age of forty-nine (49) years.

2. Applicant has retained counsel to represent herself and her immediate family in a wrongful death case regarding decedent. Applicant is interested in pursuing the wrongful death case regarding of David M. Grant, deceased son.

3. Venue is proper in this Court, because there is property of David M. Grant in the state of Idaho.

APPLICATION FOR APPOINTMENT OF PERSONAL REPRESENTATIVE -- 1

Eckhart, Anna M

4. The sole heirs of Decedent on the date of death are his father, David T. Grant, Jeffrey Grant, brother, Kristal Moore, sister, daughter, Kelsey Grant, and Applicant and mother, Sandra Grant, whom resides in Harrison, Idaho.

5. To Applicant's knowledge, no personal representative has yet been appointed, no probate proceeding has yet been filed, and she is unaware of any unrevoked, testamentary instrument relating to the property of the decedent located in Idaho.

6. Applicant has not received nor is aware of any demand for notice of any probate or appointment proceedings concerning Decedent filed in this county, state, or anywhere else.

7. The time limit for appointment of Applicant has a personal representative has not expired, as it has not been three years since Decedent's death, which death occurred on August 24, 2019.

8. Applicant is entitled to serve as a personal representative inasmuch, as she is an heir of Decedent's estate pursuant to I. C. §15-3-203(a)(5).

9. As the purpose of this petition is for appointment of a personal representative for purposes of pursuing her son's wrongful death claim, no bond should be required of said personal representative.

10. The present mailing address of Applicant is: P. O. Box 124, Harrison, Idaho 83833.

WHEREFORE, Applicant prays, applies, and requests as follows:

1. That Sandra Grant, the surviving natural mother and heir of Decedent, be appointed as personal representative of Decedent's estate for purposes of pursuing a wrongful death case on Decedent's behalf.

APPLICATION FOR APPOINTMENT OF PERSONAL REPRESENTATIVE -- 2

DATED this 7th day of Oct., 2019.

*Sandra Grant*
Sandra Grant, Applicant

STATE OF IDAHO   )
                 )ss
County of Kootenai )

On this 7th day of October, 2019, before me, a notary public for Idaho, personally appeared Sandra Grant, personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument, and acknowledged to me that she executed the same and that the statements herein are true and accurate.

_____
Notary Public for Idaho
Residing at: Medimont
My commission Expires on: 03-21-2025

APPLICATION FOR APPOINTMENT OF PERSONAL REPRESENTATIVE -- 4

**UNITED STATES DISTRICT COURT**
**DISTRICT OF IDAHO**

NOV 22 2019

Waiver of Service of:     Statement of Death, Motion for Substitution of Plaintiffs Memorandum in Support of Motion to Substitution of Plaintiffs and an Affidavit of Bruce S. Bistline in Support of Motion to Substitution of Plaintiffs

TO: Jason Monteleone;

I acknowledge receipt of your request that I waive service of a Statement of Death, a Motion for Substitution of Plaintiffs, a Memorandum in Support of Motion to Substitution of Plaintiffs and an Affidavit of Bruce S. Bistline in Support of Motion to Substitution of Plaintiffs in the action of *David M. Grant v. City of Fruitland, et al.* which is case number 1:18-CV-00411-BLW in the United States District Court for the District of Idaho.

I acknowledge that I havr received copies of a Statement of Death, a Motion for Substitution of Plaintiffs, a Memorandum in Support of Motion to Substitution of Plaintiffs and an Affidavit of Bruce S. Bistline in Support of Motion to Substitution of Plaintiffs filed in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without a cost to me.

I agree to save the cost of service of these documents by not requiring that I (or the entity on whose behalf I am acting) be personally served with these documents in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all rights, defenses or objections to the Motions for Substitution of Plaintiffs or other objections, rights or defenses I may have except for objections based on a defect in the service of these documents. I understand that the Court will determine whether there will be a hearing and establish the location, date and time for that hearing and that the Motion may be granted without delay if I do not appear in person or through counsel on the date and at the time set forth in the Notice of Hearing to object to the Motion.

11-18-19
(Date)

Jeffrey Grant

# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

Received
NOV 25 2019

**Waiver of Service of:**  Statement of Death, Motion for Substitution of Plaintiffs Memorandum in Support of Motion to Substitution of Plaintiffs and an Affidavit of Bruce S. Bistline in Support of Motion to Substitution of Plaintiffs

TO: Jason Monteleone;

I acknowledge receipt of your request that I waive service of a Statement of Death, a Motion for Substitution of Plaintiffs, a Memorandum in Support of Motion to Substitution of Plaintiffs and an Affidavit of Bruce S. Bistline in Support of Motion to Substitution of Plaintiffs in the action of *David M. Grant v. City of Fruitland, et al.* which is case number 1:18-CV-00411-BLW in the United States District Court for the District of Idaho.

I acknowledge that I have received copies of a Statement of Death, a Motion for Substitution of Plaintiffs, a Memorandum in Support of Motion to Substitution of Plaintiffs and an Affidavit of Bruce S. Bistline in Support of Motion to Substitution of Plaintiffs filed in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without a cost to me.

I agree to save the cost of service of these documents by not requiring that I (or the entity on whose behalf I am acting) be personally served with these documents in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all rights, defenses or objections to the Motions for Substitution of Plaintiffs or other objections, rights or defenses I may have except for objections based on a defect in the service of these documents. I understand that the Court will determine whether there will be a hearing and establish the location, date and time for that hearing and that the Motion may be granted without delay if I do not appear in person or through counsel on the date and at the time set forth in the Notice of Hearing to object to the Motion.

11/18/19
(Date)

*Sandra Grant*
Sandra Grant : Individually and as Personal Representative Of the Estate of David M. Grant

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

Waiver of Service of:      Statement of Death, Motion for Substitution of Plaintiffs Memorandum in Support of Motion to Substitution of Plaintiffs and an Affidavit of Bruce S. Bistline in Support of Motion to Substitution of Plaintiffs

TO: Jason Monteleone:

I acknowledge receipt of your request that I waive service of a Statement of Death, a Motion for Substitution of Plaintiffs, a Memorandum in Support of Motion to Substitution of Plaintiffs and an Affidavit of Bruce S. Bistline in Support of Motion to Substitution of Plaintiffs in the action of *David M. Grant v. City of Fruitland, et al.* which is case number 1:18-CV-00411-BLW in the United States District Court for the District of Idaho.

I acknowledge that I have received copies of a Statement of Death, a Motion for Substitution of Plaintiffs, a Memorandum in Support of Motion to Substitution of Plaintiffs and an Affidavit of Bruce S. Bistline in Support of Motion to Substitution of Plaintiffs filed in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without a cost to me.

I agree to save the cost of service of these documents by not requiring that I (or the entity on whose behalf I am acting) be personally served with these documents in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all rights, defenses or objections to the Motions for Substitution of Plaintiffs or other objections, rights or defenses I may have except for objections based on a defect in the service of these documents. I understand that the Court will determine whether there will be a hearing and establish the location, date and time for that hearing and that the Motion may be granted without delay if I do not appear in person or through counsel on the date and at the time set forth in the Notice of Hearing to object to the Motion.

11-18-19
(Date)

*Kristal Moore* (signature)
Kristal Moore

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

**Waiver of Service of:**   Statement of Death, Motion for Substitution of Plaintiffs Memorandum in Support of Motion to Substitution of Plaintiffs and an Affidavit of Bruce S. Bistline in Support of Motion to Substitution of Plaintiffs

TO: Jason Monteleone;

I acknowledge receipt of your request that I waive service of a Statement of Death, a Motion for Substitution of Plaintiffs, a Memorandum in Support of Motion to Substitution of Plaintiffs and an Affidavit of Bruce S. Bistline in Support of Motion to Substitution of Plaintiffs in the action of *David M. Grant v. City of Fruitland, et al.* which is case number 1:18-CV-00411-BLW in the United States District Court for the District of Idaho.

I acknowledge that I have received copies of a Statement of Death, a Motion for Substitution of Plaintiffs, a Memorandum in Support of Motion to Substitution of Plaintiffs and an Affidavit of Bruce S. Bistline in Support of Motion to Substitution of Plaintiffs filed in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without a cost to me.

I agree to save the cost of service of these documents by not requiring that I (or the entity on whose behalf I am acting) be personally served with these documents in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all rights, defenses or objections to the Motions for Substitution of Plaintiffs or other objections, rights or defenses I may have except for objections based on a defect in the service of these documents. I understand that the Court will determine whether there will be a hearing and establish the location, date and time for that hearing and that the Motion may be granted without delay if I do not appear in person or through counsel on the date and at the time set forth in the Notice of Hearing to object to the Motion.

11/18/19
(Date)

_Kelsey Grant_
Kelsey Grant

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

Waiver of Service of:    Statement of Death, Motion for Substitution of
Plaintiffs Memorandum in Support of Motion to
Substitution of Plaintiffs and an Affidavit of Bruce S.
Bistline in Support of Motion to Substitution of
Plaintiffs

TO: Jason Monteleone;

I acknowledge receipt of your request that I waive service of a Statement of Death, a Motion for Substitution of Plaintiffs, a Memorandum in Support of Motion to Substitution of Plaintiffs and an Affidavit of Bruce S. Bistline in Support of Motion to Substitution of Plaintiffs in the action of *David M. Grant v. City of Fruitland, et al.* which is case number 1:18-CV-00411-BLW in the United States District Court for the District of Idaho.

I acknowledge that I have received copies of a Statement of Death, a Motion for Substitution of Plaintiffs, a Memorandum in Support of Motion to Substitution of Plaintiffs and an Affidavit of Bruce S. Bistline in Support of Motion to Substitution of Plaintiffs filed in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without a cost to me.

I agree to save the cost of service of these documents by not requiring that I (or the entity on whose behalf I am acting) be personally served with these documents in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all rights, defenses or objections to the Motions for Substitution of Plaintiffs or other objections, rights or defenses I may have except for objections based on a defect in the service of these documents. I understand that the Court will determine whether there will be a hearing and establish the location, date and time for that hearing and that the Motion may be granted without delay if I do not appear in person or through counsel on the date and at the time set forth in the Notice of Hearing to object to the Motion.

11-18-19
(Date)

David T. Grant