Michael J. Elia (ISBN 5044)
Steven R. Kraft (ISBN 4753)
MOORE ELIA KRAFT & HALL, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031
Email: mje@melawfirm.net
steve@melawfirm.net

*Attorneys for Defendants City of Fruitland, Fruitland City Police, Benjamin Key and J.D. Huff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

DAVID M. GRANT,

Plaintiff,

vs.

BENJAMIN KEY, in his official and individual capacities, CITY OF FRUITLAND, a political subdivision of the State of Idaho, FRUITLAND CITY POLICE DEPARTMENT, a department of the City of Fruitland, J.D. HUFF, in his individual and official capacity, CITY OF PAYETTE, a political subdivision of the State of Idaho, PAYETTE POLICE DEPARTMENT, a department of the City of Payette, BEN BRANHAM, in his individual and official capacity, DUANE HIGLEY, in his individual and official capacity, MARK CLARK, in his individual and official capacity, JOHN or JANE DOES #1-10, whose true identities are presently unknown, and other Employees of the City of Fruitland, the City of Payette, or Payette County,

Defendants.

Case No. 1:18-cv-00411-CWD

**DEFENDANTS CITY OF FRUITLAND, FRUITLAND CITY POLICE, BENJAMIN KEY AND J.D. HUFF'S PARTIAL JOINDER TO PAYETTE CITY DEFENDANTS' OBJECTION TO SUBSTITUTION OF PARTIES AND PAYETTE CITY DEFENDANTS' ALTERNATIVE MOTION FOR STAY OF PROCEEDINGS**

**DEFENDANTS CITY OF FRUITLAND, FRUITLAND CITY POLICE, BENJAMIN KEY AND J.D. HUFF'S PARTIAL JOINDER TO PAYETTE CITY DEFENDANTS' OBJECTION TO SUBSTITUTION OF PARTIES AND PAYETTE CITY DEFENDANTS' ALTERNATIVE MOTION FOR STAY OF PROCEEDINGS – pg. 1**

COME NOW Defendants City of Fruitland, Fruitland City Police, Benjamin Key and J.D. Huff, by and through their attorneys of record, Moore Elia Kraft & Hall, LLP, hereby join, in part, Payette City Defendants' Objection to Substitution of Parties and Payette City Defendants' Alternative Motion for Stay of Proceedings, filed on December 9, 2019. Specifically, Defendants join parts III.B., III.C., and III.D. of Payette City Defendants Objection to Substitution of Parties and Payette City Defendants' Alternative Motion for Stay of Proceedings.

DATED this 9th day of December, 2019.

MOORE ELIA KRAFT & HALL, LLP

By:/s/ Michael J. Elia______________
Michael J. Elia, of the firm
*Attorneys for Defendants City of Fruitland, Fruitland City Police, Benjamin Key and J.D. Huff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of December, 2019, I caused to be served a true and correct copy of the foregoing document, by the method indicated below, and addressed to the following:

Jason R.N. Monteleone
Johnson & Monteleone, L.L.P.
350 N. 9th St., Ste. 500
Boise, Idaho 83702
*Attorneys for Plaintiff*

__x__ ECF service
Jason@treasurevalleylawyers.com

Michael W. Kane
Michael Kane & Associates, PLLC
4355 West Emerald Street, Suite 190
P.O. Box 2865
Boise, Idaho 83701-2865
*Attorneys for Defendant Payette City Defendants*

__x__ ECF service
mkane@ktlaw.net

/s/ Michael J. Elia ____________
Michael J. Elia

**DEFENDANTS CITY OF FRUITLAND, FRUITLAND CITY POLICE, BENJAMIN KEY AND J.D. HUFF'S PARTIAL JOINDER TO PAYETTE CITY DEFENDANTS' OBJECTION TO SUBSTITUTION OF PARTIES AND PAYETTE CITY DEFENDANTS' ALTERNATIVE MOTION FOR STAY OF PROCEEDINGS – pg. 3**